**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
CIVIL DIVISION**

| | | |
|---|---|---|
| **PARRA RODRIGUEZ, Flor** | ) | NOTICE OF SERVICE |
| | ) | |
| v. | ) | No. 3-25-cv-00616 |
| | ) | |
| **NOEM, Kristi, et. al.** | ) | |
| | ) | |

**NOTICE OF SERVICE BY PLAINTIFFS ON GOVERNMENT DEFENDANTS**

1. Now comes the Plaintiff, Flor Parra Rodriguez, through undersigned counsel, and provides notice to the Court that proper service is complete upon the government Defendants in this action.

2. Pursuant to Federal Rules of Civil Procedure, Rule 4(i), and Local Rule 4(d), Plaintiff notifies the Court that the appropriate summons, complaint, and supporting evidence, have been served on the parties to this litigation.

3. Specifically, Defendants were all sent the service documents on April 22, 2025, by United States Postal Service (USPS) certified mail with return receipt by delivery confirmation.

4. Secretary of Homeland Security Kristi Noem, the U.S. Department of Homeland Security, Immigrations and Customs Enforcement, Attorney General Pam Bondi, Acting Director of U.S. Immigration and Customs Enforcement Todd Lyons, and the U.S. Attorney for the District of Connecticut Mark Silverman, were formally served on April 26, 2021. All of the referenced service documents are attached herein as Exhibit A.

Respectfully submitted,

__/S/ Stephen Antwine_____

Stephen Antwine, Esq.
*Pro Hac Vice* Counsel
PA Supreme Court 309379
Green & Spiegel, LLC
1524 Delancey Street, Suite 4
Philadelphia, Pennsylvania 19101
(215) 395-8959
santwine@gands-us.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

 /S/ Stephen Antwine
Stephen Antwine, Esq., *Pro Hac Vice*
Green & Spiegel, LLC
1524 Delancey Street, Suite 4
Philadelphia, Pennsylvania 19101
(215) 395-8959
santwine@gands-us.com