UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FLOR PARRA RODRIGUEZ, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case No.: 3:25-cv-616 (SRU) |
| | : | |
| KRISTI NOEM, Secretary of the United States Department of Homeland Security, et al, | : | |
| | : | |
| Defendants | : | |

## NOTICE OF APPEAL

Defendants Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security, and Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, hereby appeal from the Court's May 1, 2025, order granting a preliminary injunction (ECF 30), in the above-captioned case to the United States Court of Appeals for the Second Circuit.

Dated: June 30, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

GLENN GIRDHARRY
Acting Deputy Director

ALESSANDRA FASO
Acting Assistant Director

David X. Sullivan
United States Attorney

/s/
Michelle L. McConaghy, ct27157
John W. Larson, ct28797
Assistant United States Attorneys
United States Attorney's Office
District of Connecticut
157 Church Street, 24th Floor
New Haven, CT 06510
michelle.mcconaghy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties with an appearance who are able to accept electronic filing by operation of the Court's electronic filing system.

/s/
Michelle L. McConaghy, ct27157