APPEAL,EFILE

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:25-cv-00616-SRU

Rodriguez v. Noem et al  
Assigned to: Judge Stefan R. Underhill  
Cause: 05:551 Administrative Procedure Act

Date Filed: 04/18/2025  
Jury Demand: None  
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Jane Doe**  
*TERMINATED: 04/21/2025*

represented by **Michael J. Boyle**  
Law Offices of Michael J. Boyle  
169 Montowese Avenue  
PO Box 335  
North Haven, CT 06473  
203-239-2299  
Fax: 203-985-8207  
Email: mboyle@immigrantcenter.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Stephen James Antwine**  
Green & Spiegel, LLC  
1524 Delancey Street  
4th Floor  
Philadelphia, PA 19102  
484-288-9755  
Email: santwine@gands-us.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Flor Parra Rodriguez**

represented by **Michael J. Boyle**  
(See above for address)  
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen James Antwine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Kristi Noem**<br>*Secretary of the U.S. Department of Homeland Security* | represented by | **John W Larson**<br>U.S. Attorney's Office-HFD<br>450 Main St. Room 328<br>Hartford, CT 06103<br>860-947-1101<br>Fax: 860-760-7979<br>Email: john.larson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Michelle Lynn McConaghy**
U.S. Attorney's Office-NH
157 Church St., 25th Floor
New Haven, CT 06510
203-821-3700
Fax: 203-773-5373
Email: michelle.mcconaghy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Department of Homeland Security**  represented by  **John W Larson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Lynn McConaghy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| **Todd Lyons**<br>*Acting Director, U.S. Immigration and Customs Enforcement* | represented by **John W Larson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michelle Lynn McConaghy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **US Immigration and Customs Enforcement** | represented by **John W Larson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michelle Lynn McConaghy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2025 | view1 | COMPLAINT against Todd Lyons, Kristi Noem, US Department of Homeland Security, US Immigration and Customs Enforcement ( Filing fee $405 receipt number ACTDC-8140554.), filed by Jane Doe. (Attachments: # 1 Supplement Civil Coversheet)(Boyle, Michael) (Entered: 04/18/2025) |
| 04/18/2025 | view | Request for Clerk to issue summons as to Todd Lyons, Kristi Noem, US Department of Homeland Security, US Immigration and Customs Enforcement. (Boyle, Michael) (Entered: 04/18/2025) |
| 04/18/2025 | view2 | MOTION for Attorney(s) Stephen J. Antwine to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-8140726) by Jane Doe. (Attachments: # 1 Exhibit Certificate of Good Standing)(Boyle, Michael) (Entered: 04/18/2025) |
| 04/18/2025 | view3 | Notice: Pursuant to Federal Rule of Civil Procedure 7.1(b), a disclosure statement required under Rule 7.1(a) must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case.<br>Signed by Clerk on 4/18/2025.(Higgins, J.) (Entered: 04/18/2025) |

| 04/18/2025 | view | CASE ASSIGNMENT: District Judge Sarala V. Nagala assigned to the case. If the District Judge issues an Order of Referral to a Magistrate Judge for any matter other than settlement, the matter will be referred to Magistrate Judge Thomas O. Farrish. (Freberg, B) (Entered: 04/18/2025) |
|---|---|---|
| 04/18/2025 | view4 | MOTION for Temporary Restraining Order by Jane Doe. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Boyle, Michael) (Entered: 04/18/2025) |
| 04/18/2025 | view16 | Order on Pretrial Deadlines: Amended Pleadings due by 6/17/2025 Discovery due by 10/20/2025 Dispositive Motions due by 11/24/2025<br>Signed by Clerk on 4/18/2025. (Oliver, T.) (Entered: 04/22/2025) |
| 04/18/2025 | view17 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Stefan R. Underhill on 4/18/2025. (Oliver, T.) (Entered: 04/22/2025) |
| 04/18/2025 | view18 | Standing Protective Order<br>Signed by Judge Stefan R. Underhill on 4/18/2025. (Oliver, T.) (Entered: 04/22/2025) |
| 04/18/2025 | view19 | Notice of Option to Consent to Magistrate Judge Jurisdiction. (Oliver, T.) (Entered: 04/22/2025) |
| 04/19/2025 | view5 | ORDER OF TRANSFER. Case reassigned to Judge Robert N. Chatigny for all further proceedings.<br>Signed by Judge Sarala V. Nagala on 4/19/25.(Ruocco, M.) (Entered: 04/19/2025) |
| 04/19/2025 | view6 | ORDER OF TRANSFER. Case reassigned to Judge Stefan R. Underhill for all further proceedings.<br>Signed by Judge Robert N. Chatigny on 4/19/25.(Ruocco, M.) (Entered: 04/19/2025) |
| 04/19/2025 | view7 | ORDER TO PRESERVE JURISDICTION<br>Signed by Judge Stefan R. Underhill on 4/19/2025 at 7:07 PM. (Reis, J) (Entered: 04/19/2025) |
| 04/19/2025 | view8 | NOTICE OF E-FILED CALENDAR re: 4 MOTION for Temporary Restraining Order. THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>Motion Hearing set for 4/21/2025 at 2:00 PM in Courtroom One, 915 |

|  |  | Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Reis, J) (Entered: 04/19/2025) |
|---|---|---|
| 04/19/2025 | view9 | ORDER granting 2 Motion for Attorney Stephen J. Antwine to be Admitted Pro Hac Vice. Signed by Clerk on 4/19/2025. (Reis, J) (Entered: 04/19/2025) |
| 04/21/2025 | view10 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Motion Hearing held on 4/21/2025. 4 MOTION for Temporary Restraining Order filed by Jane Doe taken under advisement. Defendant's brief due 4/28/2025. Total Time: 22 minutes (Court Reporter: Melissa Cianciullo) (Reis, J) (Entered: 04/21/2025) |
| 04/21/2025 | view11 | NOTICE OF E-FILED CALENDAR re: 4 MOTION for Temporary Restraining Order. THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>Motion Hearing set for 4/29/2025 at 10:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Reis, J) (Entered: 04/21/2025) |
| 04/21/2025 | view12 | ORDER. Any affidavits in support of or opposition to 4 Motion for Temporary Restraining Order should be filed by this Friday, April 25, 2025.<br>Signed by Judge Stefan R. Underhill on 04/21/2025. (Kilburn, M) (Entered: 04/21/2025) |
| 04/21/2025 | view13 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Todd Lyons, Kristi Noem, U.S. Department of Homeland Security, US Immigration and Customs Enforcement* with answer to complaint due within *60* days. Attorney * Michael J. Boyle* * Law Offices of Michael J. Boyle* *169 Montowese Avenue PO Box 335* *North Haven, CT 06473*. (Pesta, J.) (Entered: 04/21/2025) |
| 04/21/2025 | view14 | NOTICE of Appearance by Michelle Lynn McConaghy on behalf of Todd Lyons, Kristi Noem, U.S. Department of Homeland Security, US Immigration and Customs Enforcement (McConaghy, Michelle) (Entered: 04/21/2025) |
| 04/21/2025 | view15 | AMENDED COMPLAINT against Todd Lyons, Kristi Noem, U.S. Department of Homeland Security, US Immigration and Customs Enforcement, filed by Jane Doe.(Antwine, Stephen) (Entered: 04/21/2025) |
| 04/22/2025 | view20 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action |

|  |  | are responsible for serving all parties with attached documents and copies of 18 Standing Protective Order, 4 MOTION for Temporary Restraining Order filed by Jane Doe, 15 Amended Complaint filed by Jane Doe, 3 Notice re: Disclosure Statement, 19 Notice of Option to Consent to Magistrate Judge Jurisdiction, 17 Electronic Filing Order, 2 MOTION for Attorney(s) Stephen J. Antwine to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-8140726) filed by Jane Doe, 1 Complaint, filed by Jane Doe, 16 Order on Pretrial Deadlines<br>Signed by Clerk on 4/22/2025. (Oliver, T.) (Entered: 04/22/2025) |
|---|---|---|
| 04/22/2025 | view21 | ORDER. The Clerk is hereby directed to amend the case caption consistent with the amended complaint. Signed by Judge Stefan R. Underhill on 4/22/2025. (Reis, J) (Entered: 04/22/2025) |
| 04/24/2025 | view22 | NOTICE. The court gave the parties notice of a hearing on the motion for temporary restraining order. Doc. No. 11 . In her motion, Parra Rodriguez "moves for a temporary restraining order, preliminary injunction, and/or 5 U.S.C. § 705 stay." Doc. No. 4 at 1. The parties are notified that the court will take up whether to grant a temporary restraining order, preliminary injunction, or stay at the hearing on April 29, 2025.<br>Signed by Judge Stefan R. Underhill on 04/24/2025. (Kilburn, M) (Entered: 04/24/2025) |
| 04/25/2025 | view23 | Disclosure Statement by Flor Parra Rodriguez. (Antwine, Stephen) (Entered: 04/25/2025) |
| 04/25/2025 | view24 | AFFIDAVIT re 4 MOTION for Temporary Restraining Order *by PDSO* Signed By Ozan Say filed by Flor Parra Rodriguez. (Attachments: # 1 Certificate of Service)(Antwine, Stephen) (Entered: 04/25/2025) |
| 04/25/2025 | view25 | AFFIDAVIT *by Plaintiff* Signed By Flor Parra Rodriguez filed by Flor Parra Rodriguez. (Attachments: # 1 Certificate of Service)(Antwine, Stephen) (Entered: 04/25/2025) |
| 04/28/2025 | view26 | OBJECTION re 4 MOTION for Temporary Restraining Order filed by Todd Lyons, Kristi Noem, U.S. Department of Homeland Security, US Immigration and Customs Enforcement. (McConaghy, Michelle) (Entered: 04/28/2025) |
| 04/28/2025 | view27 | EXHIBIT *A - Declaration* by Todd Lyons, Kristi Noem, U.S. Department of Homeland Security, US Immigration and Customs Enforcement re 26 Objection. (McConaghy, Michelle) (Entered: 04/28/2025) |

| 04/28/2025 | view28 | NOTICE of Appearance by John W Larson on behalf of Todd Lyons, Kristi Noem, U.S. Department of Homeland Security, US Immigration and Customs Enforcement (Larson, John) (Entered: 04/28/2025) |
|---|---|---|
| 04/29/2025 | view29 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Motion Hearing held on 4/29/2025. 4 MOTION for Temporary Restraining Order filed by Jane Doe is taken under advisement. Total Time: 46 minutes (Court Reporter: Melissa Cianciullo) (Reis, J) (Entered: 04/29/2025) |
| 05/01/2025 | view30 | ORDER. For the reasons set forth in the attached order, Plaintiff's 4 Motion for a Preliminary Injunction is **granted**. Signed by Judge Stefan R. Underhill on 05/01/2025. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Kilburn, M) Modified docket text on 5/2/2025 (Reis, J). (Entered: 05/01/2025) |
| 05/19/2025 | view31 | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing. Held on 4/29/2025 before Judge Stefan R. Underhill. Court Reporter: Melissa J. Cianciullo. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/9/2025. Redacted Transcript Deadline set for 6/20/2025. Release of Transcript Restriction set for 8/18/2025. (Cianciullo, Melissa) (Entered: 05/19/2025) |
| 06/09/2025 | view32 | AFFIDAVIT of Service for Complaint served on Defendants on 4/26/2025, filed by Flor Parra Rodriguez. (Attachments: # 1 Exhibit Proof of Service)(Antwine, Stephen) (Entered: 06/09/2025) |
| 06/23/2025 | view33 | Consent MOTION for Extension of Time until August 11, 2025 to File a Response to the 15 Amended Complaint by Todd Lyons, Kristi Noem, U.S. Department of Homeland Security, US Immigration and Customs Enforcement. (McConaghy, Michelle) (Entered: 06/23/2025) |
| 06/24/2025 | view34 | ORDER granting 33 Motion for Extension of Time until August 11, 2025 to File a Response to Plaintiff's 15 Amended Complaint. |

|  |  | Signed by Judge Stefan R. Underhill on 06/24/2025. (Kilburn, M) (Entered: 06/24/2025) |
|---|---|---|
| 06/24/2025 | view | Answer deadline updated for Todd Lyons, Kristi Noem, U.S. Department of Homeland Security, and US Immigration and Customs Enforcement to 8/11/2025. (Reis, J) (Entered: 06/25/2025) |
| 06/30/2025 | view35 | NOTICE OF APPEAL as to 30 Order on Motion for TRO, by Todd Lyons, Kristi Noem, U.S. Department of Homeland Security, US Immigration and Customs Enforcement. (McConaghy, Michelle) (Entered: 06/30/2025) |